UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LESMIR CORPORATION and STANLEY ROSEN,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>HOUSTON CASUALTY COMPANY,<br><br>　　　　　　　　　　　Defendant. | NO. 2:25-cv-00462-RSL<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE TO RESPOND TO COMPLAINT** |

## STIPULATION

The Parties, by and through their respective counsel of record, move the Court for an Order extending time for Defendant Houston Casualty Company to respond to the Complaint, up to and including May 16, 2025.

Defendants have conferred with Plaintiff and agreed to extend the deadline to move, answer or otherwise respond to the Complaint up to and including May 16, 2025.

Defendant respectfully submits that the requested extension is necessary because litigation counsel was recently retained and requires further time to come up to speed and appropriately respond to the Complaint.

Good cause exists for this extension, and thus the Parties respectfully request that the Court granted the stipulated extension of time to move, answer or otherwise respond to the Complaint up to and including May 16, 2025.

STIPULATION AND ORDER EXTENDING DEADLINE
TO RESPOND TO COMPLAINT - 1
Case No. 2:25-cv-00462-RSL

4929-6818-7446.1



Ryan, Swanson & Cleveland, PLLC
401 Union Street, Suite 1500
Seattle, WA 98101-2668
206.464.4224

**AGREED AND STIPULATED TO** this 15th day of April, 2025.

By */s/ Jason R. Donovan*
By */s/ Kelly A. Mennemeier*
   Jason R. Donovan, WSBA #40994
   Kelly A. Mennemeier, WSBA #51838
   FOSTER GARVEY PC
   1111 Third Ave, Suite 3000
   Seattle, WA 98101-3292
   Telephone: (206) 447-4400
   Facsimile: (206) 447-9700
   j.donovan@foster.com
   kelly.mennemeier@foster.com

*Attorneys for Plaintiffs*

By */s/ Bryan C. Graff*
By */s/ Schuyler M. Peters*
   Bryan C. Graff, WSBA #38553
   Schuyler M. Peters, WSBA #63042
   RYAN, SWANSON & CLEVELAND, PLLC
   401 Union Street, Suite 1500
   Seattle, Washington 98101-2668
   Telephone: (206) 464-4224
   graff@ryanlaw.com
   peters@ryanlaw.com

*Attorneys for Defendant*

**IT IS SO ORDERED**.

Dated this 16th day of April, 2025.

*[signature]*
Robert S. Lasnik
United States District Judge

Presented By:

RYAN, SWANSON & CLEVELAND, PLLC

*/s/ Bryan C. Graff*
*/s/ Schuyler M. Peters*
Bryan C. Graff, WSBA #38553
Schuyler M. Peters, WSBA #63042

FOSTER GARVEY PC

*/s/ Jason R. Donovan*
*/s/ Kelly A. Mennemeier*
Jason R. Donovan, WSBA #40994
Kelly A. Mennemeier, WSBA #51838

STIPULATION AND ORDER EXTENDING DEADLINE
TO RESPOND TO COMPLAINT - 2
Case No. 2:25-cv-00462-RSL

4929-6818-7446.1


Ryan, Swanson & Cleveland, PLLC
401 Union Street, Suite 1500
Seattle, WA 98101-2668
206.464.4224